UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AARON MANUEL INCLAN,

Petitioner,

v.

DAVID SHOOK,

Respondent.

Case No. C26-6310-JHC-SKV

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

This is a federal habeas action filed under 28 U.S.C. § 2241. Petitioner has submitted an application seeking leave to proceed with this action *in forma pauperis*. Petitioner's application demonstrates that he is unable to afford the $5.00 filing fee. Petitioner's application to proceed *in forma pauperis*, Dkt. 1, is therefore GRANTED. The Clerk is directed to file petitioner's petition for writ of habeas corpus without the prepayment of fees. The Clerk is further directed to send a copy of this Order to petitioner.

Dated this 18th day of November, 2026.

S. KATE VAUGHAN
United States Magistrate Judge